DANIEL G. BOGDEN
Nevada Bar 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Judgment Creditor, ) | CR-S-01-359--KJD |
| ) | |
| vs. ) | **ORDER GRANTING** |
| ) | **WRIT OF** |
| HORACE SMITH, ) | **CONTINUING GARNISHMENT** |
| ) | |
| Judgment Debtor, ) | |
| ) | |
| and ) | |
| ) | |
| WILLIS & WOY SPORTS GROUP, ) | |
| ) | |
| Garnishee. ) | |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met. The Clerk is directed to issue the Writ of Continuing Garnishment.

Dated: February 10, 2011

_____
United States District Judge

4